Thomas J. Coleman, Jr., Esq. (SBN: 145663)
Associate Counsel, Legal Services
WRITERS GUILD OF AMERICA, WEST, INC.
7000 W. Third Street
Los Angeles, California 90048
(323) 782-4521
Fax: (323) 782-4806
Attorney for Petitioner

___ ✓ Priority
___ ✓ Send
___ Clsd
___ Enter
___ ✓ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
JUL 20 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2005 JUL 15 PH 4:07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Writers Guild of America, West, Inc., <br><br> Petitioner, <br><br> vs. <br><br> Melrose Pictures, LLC. and William Raee, <br><br> Respondents. | CASE NO.: CV05-4055 SVW (JWJx) <br><br> [~~PROPOSED~~] ORDER AND JUDGMENT <br><br> DATE: July 25, 2005 <br> TIME: 1:30 p.m. <br> CTRM: 6 <br><br> HONORABLE STEPHEN V. WILSON |

DOCKETED ON CM
✓ JUL 21 2005
BY _____
001

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming the Arbitrator's Opinion and Award and for Entry of Judgment in Conformity Therewith of Petitioner Writers Guild of America, West, Inc. ("Petitioner", "Guild" and/or "WGAw") was taken under submission by the Honorable Stephen V. Wilson.  Respondents Melrose Pictures, LLC., and William Raee ("Respondents") were duly served with notice of the proceeding but failed to file a responsive pleading.  The Court having considered the pleadings and documents on file orders as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in this proceeding as follows:

1

1. Respondents Melrose Pictures, LLC and William Raee are jointly and severally ordered to pay the Petitioner WGAw on behalf of writer Chris Mancini the principal amount of $4,457.00, plus interest accrued as of July 15, 2004 in the sum of $1,337.10; with interest accruing on the principal amount from said date at the rate of 1.5 percent per month until paid in full.

2. Respondents Melrose Pictures, LLC and William Raee are jointly and severally ordered pay contributions to the Producer-Writers Guild of America Pension Plan the principal amount of $638.94, and to the Writers' Guild-Industry Health Fund the principal amount of $692.19, as well as interest totaling $266.23 as of July 15, 2004, for a total of $1,331.13, with interest accruing on the principal amounts from said date at the rate of 1.0 percent per month until paid in full.

3. Respondents Melrose Pictures, LLC and William Raee are jointly and severally ordered pay to Respondent WGAw the amount of $1,007.50, their half share of the arbitrator's fee, and the amount of $205.00, their half share of the reporter's fee from the arbitration.

4. Respondents are jointly and severally ordered to pay to the WGAw attorneys' fees in the amount of $1,500.00 and costs in the amount of $150.00.

Dated: 7/19/05

United States District Judge
STEPHEN V. WILSON

Thomas J. Coleman, Jr., Esq. (SBN: 145663)
Associate Counsel, Legal Services
WRITERS GUILD OF AMERICA, WEST, INC.
7000 W. Third Street
Los Angeles, California 90048
(323) 782-4521
Fax: (323) 782-4806
Attorney for Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Writers Guild of America, West, Inc., | CASE NO. CV05-4055 SVW (JWJx) |
| Petitioner, | PROOF OF SERVICE |
| vs. | |
| Melrose Pictures, LLC., and William Raee, | Date: July 25, 2005 |
| Respondents. | Time: 1:30 p.m. |
| | Ctrm.: 6 |
| | Hon. Wilson |

1. **I served the** (list documents): [Proposed] Order and Judgment

    a. On Respondent (Name): MELROSE PICTURES, LLC

    b. By serving: (check appropriate box)

    ☐ Respondent

    ☐ Respondent's Agent for Service of Process (Name: _____)

    ☐ Respondent's Counsel (Name: _____)

    ☒ Other (Name and relationship to Respondent's served: WILLIAM S. RAEE, PRESIDENT, MELROSE PICTURES, LLC)

    c. By delivery at ☐ home ☒ business

      (1) Address: c/o TVX, Inc., 1125 AMERICAN PACIFIC DRIVE, SUITE C, HENDERSON, NV 89074

      (2) Date of delivery: July 15, 2005

      (3) Time of delivery: _____

1

2. **Manner of Service:** (check appropriate box)

☐ a  **PERSONAL SERVICE.** By personally delivering copies to person named above.

☐ b.  **SUBSTITUTED SERVICE ON CORPORATION, UNINCORPORATED ASSOCIATION (INCLUDING PARTNERSHIP), OR PUBLIC ENTITY.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge. Name: _____ Title: _____

Copies were thereafter mailed (by first-class mail, postage pre-paid) to the person served at the place where the copies were left. (See subsequent Proof of Service by Mail.)

☐ c.  **SUBSTITUTED SERVICE ON NATURAL PERSON.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers. Name: _____ . Thereafter, copies were mailed (by first-class mail, postage pre-paid) to the person served at the place where the copies were left. (See subsequent Proof of Service by Mail.)

☐ d.  Certified mail. By mailing copies to the person served (by first class mail postage prepaid, requiring a return receipt).

☒ e.  Mail. By mailing (by first class mail postage prepaid) copies to the person served.

3. **At the time of service I was at least eighteen years old and not a party to this action.**

4. **I declare under penalty of perjury that the foregoing is true and correct.**

_____     Date: 7-15-05
(Signature)

NOAH MUIR
(Print Name)

2

1  Thomas J. Coleman, Jr., Esq. (SBN: 145663)
   Associate Counsel, Legal Services
2  WRITERS GUILD OF AMERICA, WEST, INC.
   7000 W. Third Street
3  Los Angeles, California 90048
   (323) 782-4521
4  Fax: (323) 782-4806
   Attorney for Petitioner

5

6

7

8              UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| | |
|---|---|
| 11  Writers Guild of America, West, Inc., | CASE NO. CV05-4055 SVW (JWJx) |
| 12           Petitioner, | PROOF OF SERVICE |
|     vs. | |
| 13  Melrose Pictures, LLC., and William Raee, | Date: July 25, 2005 |
| 14 | Time: 1:30 p.m. |
|              Respondents. | Ctrm.: 6 |
| 15 | |
| 16 | Hon. Wilson |

17  1.    **I served the** (list documents): [Proposed] Order and Judgment

18       a.    On Respondent (Name): WILLIAM S. RAEE

19       b.    By serving: (check appropriate box)

20             ☒ Respondent

21             ☐ Respondent's Agent for Service of Process (Name: _____)

22             ☐ Respondent's Counsel (Name: _____)

23             ☐ Other (Name and relationship to Respondent's served: _____)

24
         c.    By delivery at ☐ home ☒ business
25
                (1) Address: c/o TVX, Inc., 1125 AMERICAN PACIFIC DRIVE, SUITE C,
26                  HENDERSON, NV 89074

27              (2) Date of delivery: July 15, 2005

28              (3) Time of delivery: _____

                                    - 1 -

2. **Manner of Service:** (check appropriate box)

☐ a   PERSONAL SERVICE. By personally delivering copies to person named above.

☐ b.  SUBSTITUTED SERVICE ON CORPORATION, UNINCORPORATED ASSOCIATION (INCLUDING PARTNERSHIP), OR PUBLIC ENTITY. By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge. Name: _____ Title: _____.

Copies were thereafter mailed (by first-class mail, postage pre-paid) to the person served at the place where the copies were left. (See subsequent Proof of Service by Mail.)

☐ c.  SUBSTITUTED SERVICE ON NATURAL PERSON. By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers. Name: _____. Thereafter, copies were mailed (by first-class mail, postage pre-paid) to the person served at the place where the copies were left. (See subsequent Proof of Service by Mail.)

☐ d.  Certified mail. By mailing copies to the person served (by first class mail postage prepaid, requiring a return receipt).

☒ e.  Mail. By mailing (by first class mail postage prepaid) copies to the person served.

3. At the time of service I was at least eighteen years old and not a party to this action.

4. I declare under penalty of perjury that the foregoing is true and correct.

_____   Date: 7.15.05
(Signature)

ANAR MUIR
(Print Name)

F:\LEGAL\Compensation Cases\Co03014\Petition to Confirm\Proof of Service Mail.doc